**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiff,
**RONALD FLOCK**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
H. Paul Efstratis, Esq. (SBN 242373)
paul.efstratis@lewisbrisbois.com
Taylor F. Sullivan, Esq. (SBN 297014)
taylor.sullivan@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, CA 94105

Attorneys for Defendant,
**FORD MOTOR COMPANY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FLOCK, an individual, | Case No: <u>5:22-cv-01498-DMG-JC</u> |
| Plaintiff, | District Judge: Dolly M. Gee |
| vs. | Magistrate Judge: Jacqueline Chooljian |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| Defendants. | |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, RONALD FLOCK, and Defendant, FORD MOTOR COMPANY, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:   March 23, 2023          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By:  */s/ Paul Efstratis*

H. Paul Efstratis, Esq.
Taylor F. Sullivan, Esq.
Attorneys for Defendant,
FORD MOTOR COMPANY

Dated:   March 23, 2023          **QUILL & ARROW, LLP**

By:  *Kevin Y. Jacobson*

Kevin Y. Jacobson, Esq.
Allen Amarkarian, Esq.
Attorneys for Plaintiff,
RONALD FLOCK