# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FLOCK, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No: ED CV 22-1498-DMG (JCx)<br><br>**ORDER OF DISMISSAL [23]** |

Based on the stipulation of the parties, and good cause appearing therefor, the stipulation is APPROVED. The above-captioned action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: March 24, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE